| | |
|---|---|
| Bobbie J. Wilson, Bar No. 148317 | |
| BWilson@perkinscoie.com | |
| PERKINS COIE LLP | |
| Four Embarcadero Center, Suite 2400 | |
| San Francisco, CA  94111-4131 | |
| Telephone:  415.344.7000 | |
| Facsimile:  415.344.7050 | |

Albert Gidari, admitted *pro hac vice*
AGidari@perkinscoie.com
Rebecca S. Engrav, admitted *pro hac vice*
REngrav@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>OMAR JACKMAN, an individual; JOHN DOE "SIMON," an individual; GREGORY GAVIN, an individual; AMANDA ODELL, an individual; JOEY PATRON, an individual; GINA WYANT, an individual; DOES 6-50, individuals,<br><br>　　　　　　　　Defendants. | Case No. CV-10-4264 LHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF GOOGLE INC.'S ADMINISTRATIVE MOTION FOR RELIEF FROM THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>　<u>as modified by the Court</u> |

[PROPOSED] ORDER
Case No. CV-10-4264 LHK

1   Having considered Plaintiff Google Inc.'s Administrative Motion for Relief from the
2   Order Setting Initial Case Management Conference and for Continuance of Initial Case
3   Management Conference, the supporting Memorandum of Points and Authorities, the supporting
4   Declaration of Bobbie J. Wilson, and the files and records in this action, and finding good cause
5   for the request:

6   IT IS HEREBY ORDERED that Google Inc.'s request is granted. The Order Setting
7   Initial Case Management Conference and ADR Deadlines and other case schedule dates are
8   hereby revised as follows.

9   (1) the initial Case Management Conference shall be held on ~~February 28, 2011~~ March 16, 2011;

10  (2) ~~February 14, 2011~~ March 2, 2011, is the last day to meet and confer regarding initial disclosures,
11      early settlement, ADR process selection, and the discovery plan per Federal Rule 26(f)
12      & ADR Local Rule 3-5; and

13  (3) ~~February 21, 2011~~ March 9, 2011, is the last day to:

14      a. file the parties' Joint Case Management Statement and Rule 26(f) Report;
15      b. complete Initial Disclosures or state objections to such disclosures in the Rule
16         26(f) Report;
17      c. file the ADR Certification signed by the Parties and Counsel per Civil Local
18         Rule 16-8(b) & ADR Local Rule 3-5(b); and
19      d. file either the Stipulation to ADR Process or Notice of Need for ADR Phone
20         Conference per Civil Local Rule 16-8(c) & ADR Local Rule 3-5(b) & (c).

21  As Defendants have not yet appeared in this action, Plaintiff shall notify them of the Court's order.

DATED: December 17, 2010

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE

- 1 -

[~~PROPOSED~~] ORDER
Case No. CV-10-4264 LHK