1  Bobbie J. Wilson, Bar No. 148317
   BWilson@perkinscoie.com
2  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
3  San Francisco, CA 94111-4131
   Telephone: 415.344.7000
4  Facsimile: 415.344.7050

5  Albert Gidari, admitted *pro hac vice*
   AGidari@perkinscoie.com
6  Rebecca S. Engrav, admitted *pro hac vice*
   REngrav@perkinscoie.com
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4800
8  Seattle, WA 98101-3099
   Telephone: 206.359.8000
9  Facsimile: 206.359.9000

10 Attorneys for Plaintiff
   Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>OMAR JACKMAN, an individual; JOHN DOE "SIMON," an individual; GREGORY GAVIN, an individual; AMANDA ODELL, an individual; JOEY PATRON, an individual; GINA WYANT, an individual; DOES 6-50, individuals,<br><br>Defendants. | Case No. CV-10-4264 LHK<br><br>**STIPULATED JUDGMENT AND PERMANENT INJUNCTION AGAINST OMAR JACKMAN** |

WHEREAS, on September 21, 2010, Plaintiff Google Inc. ("Google") initiated this action by filing suit against Omar Jackman, among other defendants;

WHEREAS, Google effected service of process on Defendant Jackman on September 29, 2010;

WHEREAS, on October 19, 2010, Google filed its First Amended Complaint;

WHEREAS, on November 11, 2010, Defendant Jackman executed a Waiver of Service of Summons on the First Amended Complaint;

WHEREAS, Google operates an advertising network known as AdWords;

WHEREAS, Defendant Jackman had, at all relevant times alleged in the First Amended Complaint, an AdWords account and he agreed to the Google Inc. Advertising Program Terms (the "AdWords Terms") governing that account; and

WHEREAS, Defendant Jackman violated those Terms by advertising for an unauthorized online pharmacy as alleged in the First Amended Complaint;

THEREFORE, Google and Defendant Jackman hereby agree and stipulate to entry of a judgment in favor of Google and against Defendant Jackman on the following terms:

1.  The Court has jurisdiction over the subject matter at issue in this action.

2.  The Court has personal jurisdiction over Defendant Jackman for the purposes of this action and entry and enforcement of this Stipulated Judgment and Permanent Injunction.

3.  There is no just reason to delay in entering judgment against Defendant Jackman, and this Stipulated Judgment and Permanent Injunction is a final judgment under Federal Rule of Civil Procedure 54(b).

4.  Defendant Jackman, and his agents, representatives, successors, assigns, and any persons acting in active concert or participation with him (the "Enjoined Parties") are immediately and permanently enjoined from:

    (a)  Opening any account with Google (whether in the Enjoined Parties' names or using different names or aliases);

    (b)  Using any Google web-based application or service provided for fee, whether existing now or created in the future; and

(c) Using any Google web-based application or service—whether or not provided for a fee, and whether existing now or created in the future—that requires a log-in or account, included but not limited to AdWords, AdSense, Analytics, and Gmail.

5. Notwithstanding the foregoing Paragraph 4, this Stipulated Judgment and Permanent Injunction does not prohibit any of the Enjoined Parties from using the Google Internet search engine.

6. Defendant Jackman shall pay Google its reasonable attorneys' fees and costs incurred in prosecuting this action against Defendant Jackman, in an amount as agreed by Defendant Jackman and Google.

7. This Court shall retain jurisdiction over this matter for purposes of modification or enforcement of this Stipulated Judgment and Permanent Injunction.

IT IS SO AGREED.

DATED: 3/31/11

PERKINS COIE LLP

By: _____
Bobbie J. Wilson

Attorneys for Plaintiff
Google Inc.

DATED: 3.31.2011

PLAINTIFF GOOGLE INC.

By: _____
Hilary Ware
Managing Counsel, Litigation and
Regulatory Affairs

DATED: 3-30-2011

DEFENDANT OMAR JACKMAN

By: _____
Omar Jackman

Pursuant to stipulation, IT IS SO ORDERED, ADJUDGED, AND DECREED.

DATED: April 5, 2011

*Lucy H. Koh*

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE